AUG 13 2007

ALVIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
IN RE LOWER MANHATTAN DISASTER    21 MC 102 (AKH)
SITE LITIGATION
----------------------------------------
Rolando Peleaz and Monica Villamarin    07 CV 4507
                    Plaintiffs,

  -against-

40 Broad LLP, et al.                   **STIPULATION AND ORDER**

                    Defendant.
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel in the above-captioned action, that:

1. Defendant 40 Broad LLC (referred to as 40 Broad LLP throughout the Complaint), is hereby dismissed from the Complaint without prejudice because 40 Broad LLC did not have any ownership interest in the premises known as 40 Broad Street at the times relevant to Plaintiff's allegations.

2. Additionally, it is agreed that the applicable Statute of Limitations as against 40 Broad LLC is tolled until the above-captioned matter is resolved.

3. This Stipulation may be signed in counterparts, and a facsimile or e-mailed copy shall be deemed to be an original for all purposes.

Dated: New York, New York
       August 7, 2007

WORBY GRONER EDELMAN &              NESENOFF & MILTENBERG, LLP
NAPOLI BERN, LLP

By: _____          By: _____
    Christopher R. LoPalo(CL-6466)       Phillip A. Byler, Esq. (PB-1234)

115 Broadway, 12th Floor            363 Seventh Avenue - 5th Floor
New York, New York 10001            New York, New York 10001
212.267.3700                        212.736.4500

Attorneys for Plaintiff             Attorneys for Defendant 40 Broad, LLC

SO ORDERED: 8-13-07

_____
Honorable Alvin K. Hellerstein United States District Judge

Dated: