UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER LOWER MANHATTAN
DISASTER SITE LITIGATION
-----------------------------------------------------------------------X
ROLANDO PELAEZ AND MONICA VILLAMARIN,

                                      Plaintiff(s),      Index No.: 07cv4507

  -against-                              **NOTICE OF ADOPTION**

40 BROAD, LLP, 55 WATER STREET            **1:21-MC-00102-AKH**
CONDOMINIUM, 75 BROAD LLC, 90 CHURCH
STREET LIMITED PARTNERSHIP, AIG
REALTY, INC., ALAN KASMAN DBA KASCO,
AMBIENT GROUP, INC., AMERICAN
INTERNATIONAL GROUP, INC., AMERICAN
INTERNATIONAL REALTY CORP., ANN
TAYLOR STORES CORPORATION, BANK OF
NEW YORK, BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC., BFP
ONE LIBERTY PLAZA CO., LLC,,
BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOSTON
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS,
LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., CAPITAL PROPERTIES, INC,
CB RICHARD ELLIS, CITIGROUP
CORPORATE REALTY SERVICES, DEUTSCHE
BANK, ENVIROTECH CLEAN AIR, INC.,
GENERAL RE SERVICES CORP., GPS
ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., JACK RESNICK & SONS INC, JEMB
REALTY CORP., JONES LANG LASALLE,
KASCO RESTORATION SERVICES CO.,
LIGHTHOUSE REAL ESTATE LLC, MERRILL
LYNCH & CO, INC., NATIONAL
ASSOCIATION OF SECURITIES DEALERS,
INC., NEW LIBERTY PLAZA LP, NEW WATER
STREET CORP., NEW YORK CITY ECONOMIC
DEVELOPMENT CORPORATION, NEW YORK
CITY INDUSTRIAL DEVELOPMENT AGENCY,

```
NEW YORK CITY INDUSTRIAL
DEVELOPMENT CORPORATION, NOMURA
HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., ONE
LIBERTY PLAZA, RESNICK WATER STREET
DEVELOPMENT CO, RICHARD WINNER,
STATE STREET BANK & TRUST ETC,
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., THE BOARD
OF MANAGERS OF THE ONE LIBERTY
PLAZA CONDOMINIUM (CONDO #1178), THE
ONE LIBERTY PLAZA CONDOMINIUM
(CONDO #1178), TOSCORP INC., TRINITY
CENTRE, LLC, TUCKER ANTHONY, INC., US
GOVERNMENT, VERIZON
COMMUNICATIONS, INC., VERIZON NEW
YORK, INC, WALL STREET LLC, WESTON
SOLUTIONS, INC., WFP ONE LIBERTY PLAZA
CO., L.P., WFP ONE LIBERTY PLAZA, CO. GP,
CORP., WFP TOWER A CO., WFP TOWER A
CO. G.P. CORP., WFP TOWER A. CO., L.P., WFP
TOWER B CO. G.P. CORP., WFP TOWER B
HOLDING CO., LP, WFP T, ET AL,
                                         Defendant(s).
------------------------------------------------------------------------X
```

C O U N S E L O R S :

PLEASE TAKE NOTICE that Defendant, HILLMANN ENVIRONMENTAL GROUP, LLC, (hereinafter HILLMANN) as and for it's response to the allegations set forth in the Complaint by adoption or Check-Off Complaint related to the Master Complaint filed herein and applicable to the above captioned matter hereby adopts all of the responses and all of the affirmative defenses contained in the Answer to the Master Complaint dated, filed and served August 2, 2007, *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21MC 102 (AKH).  The responses to all of the allegations in the Master Complaint are adopted herein and are applicable to the Check-Off Complaint served and filed herein.  Defendant, HILLMANN, also adopts the responses contained in any Amended Answer filed and served herein.

PLEASE TAKE FURTHER NOTICE that Defendant, HILLMANN, reserves the right to serve and file an amended answer and specifically reserves the right to interpose a cross claim against any and all co-defendants.

    PLEASE TAKE FURTHER NOTICE that Defendant, HILLMANN, also adopts all affirmative defenses and the jury demand herein.

    WHEREFORE, Defendant, HILLMANN, demands judgment dismissing the above captioned action against it along with the costs and disbursements of this action.

Dated: White Plains, New York
       September 11, 2007

                        Yours, etc.,

                        **SAM ROSMARIN, PLLC**

                        By: _____
                        Salvatore J. Calabrese, Esq. (5133)
                        Attorneys for Defendant
                        HILLMANN ENVIRONMENTAL GROUP LLC
                        11 Martine Avenue – 9th Floor
                        White Plains, New York 10606

                        (914) 686-4000

TO:

Paul Napoli, Esq.
WORBY GRONER EDELMAN
NAPOLI & BERN, LLP
115 Broadway, 12th Floor
New York, New York 10006
(877) 982-4376
clopalo@napolibern.com

Robert A. Grochow, Esq.
ROBERT A. GROCHOW, P.C.
233 Broadway, 5th Floor
New York, New York 10279
(212) 608-4400
rgrochow@aol.com

Gregory J. Cannata, Esq.
LAW OFFICES OF GREGORY J. CANNATA
233 Broadway, 5th Floor
New York, New York 10279
Liaison Counsel for Plaintiffs
(212) 553-9206
cannata@cannatalaw.com

**SERVICE RIDER**

**1:21-mc-102 Notice has been electronically mailed to:**

Donna-Marie Baloy    Baloyd@wemed.com

Brian Andrew Bender    bbender@harrisbeach.com, jsavitsky@harrisbeach.com

Dror Bikel    dbikel@sralawfirm.com

Judith Rita Cohen    cohenj@dicksteinshapiro.com

James J. Coster    jcoster@ssbb.com, asnow@ssbb.com, bmeans@ssbb.com, jrubins@ssbb.com, managingclerk@ssbb.com, tbrock@ssbb.com

Defendants    bbrender@harrisbeach.com

Andrew Riggs Dunlap    adunlap@kirkland.com, kenymanagingclerk@kirkland.com

Thomas A. Egan    tegan@fzw.com, service@fzw.com

Virginia Goodman Futterman    vfutterman@londonfischer.com

Christian Holt Gannon    cgannon@smsm.com

Roman E Gitnik    rgitnik@lifflander.com

Stanley Goos    Jsavitsky@harrisbeach.com, sgoos@harrisbeach.com

Robert Allen Grochow    rgrochow@aol.com

Benjamin E- Haglund    bhaglund@daypitney.com

John J. Henry    jhenry@woh.com, clalyer@woh.com, jkroll@woh.com, lrice@woh.com, wnolan@woh.com

Hillman Environmental Group, LLC.    sam@rosmarinlaw.com

Michael D. Hynes    michael.hynes@dlapiper.com

Barry Mark Kazan    bkazan@ebglaw.com

Frank Joseph Keenan    keenan@methwerb.com

LeFrak Organization Inc.    bbender@harrisbeach.com

Richard Eric Leff    Rleff@mcgivneyandkluger.com

Lefrak Organization, Inc.    bbender@harrisbeach.com

Eric Foster Leon    eleon@kirkland.com, kenymanagingclerk@kirkland.com

Christopher Allen McLaughlin    christopherm@zegam.com

Anthony Molloy , III    amolloy@pattonboggs.com

Kevin Jude O'Neill    KJO@GOGICK.COM

Michael David Reisman    mreisman@kirkland.com, kenymanagingclerk@kirkland.com

Gail L. Ritzert    gail.ritzert@hrrvlaw.com, martha.raskin@hrrvlaw.com

Sam Rosmarin    sam@rosmarinlaw.com

Andrew John Scholz    ascholz@fzw.com, enolan@fzwz.com, service@fzwz.com

Louis Smith    smithlo@gtlaw.com, gtcourtalert@gtlaw.com, petersr@gtlaw.com

Lee Ann Stevenson    lstevenson@kirkland.com, kenymanagingclerk@kirkland.com

Howard F. Strongin    hstrongin@sralawfirm.com

Jill Suzanne Taylor    jtaylor@sralawfirm.com

James Edward Tyrrell , JR    jtyrrell@pattonboggs.com, jhopkins@pattonboggs.com, tsaybe@pattonboggs.com

Mark Joseph Weber    mweber@moundcotton.com

Todd E. Weisman    toddw@efwlaw.com

Robin Michel Wertheimer    robinwertheimer@hotmail.com

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK:   COUNTY OF WESTCHESTER:

  Cristina A. Villani, being duly sworn, says, I am not a party to the action, am over 18 years of age and reside at White Plains, New York.
  On September 11th, 2007 I filed with the USDC pursuant to ECF filing instructions under Case No.: 1:21-mc-00102-AKH and emailed a true copy of the annexed DEFENDANT HILLMAN ENVIRONMENTAL GROUP LLC NOTICE OF ADOPTION by electronic mailing the same to the following parties at their last known electronic mailing address:

Paul Napoli, Esq.
WORBY GRONER EDELMAN
 NAPOLI & BERN, LLP
115 Broadway, 12th Floor
New York, New York  10006
(877) 982-4376
ShelleneBousher@NapoliBern,com

Robert A. Grochow, Esq.
ROBERT A. GROCHOW, P.C.
233 Broadway, 5th Floor
New York, New York  10279
(212) 608-4400
rgrochow@aol.com

Gregory J. Cannata, Esq.
LAW OFFICES OF GREGORY J. CANNATA
233 Broadway, 5th Floor
New York, New York  10279
Liaison Counsel for Plaintiffs
 (212) 553-9206
cannata@cannatalaw.com

All parties indicated on the
**SERVICE RIDER**

              ._____.
                Cristina A. Villani

Sworn to before me this
11th day of September 2007

Charlene S. Rogers
Notary Public
No. 01RO 4703494
Qualified in Westchester County
Commission Expires 11/30/09