| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | 21 MC 102 (AKH) |
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | |
| ROLANDO PELAEZ (AND WIFE, MONICA VILLAMARIN)<br><br>                       Plaintiff,<br><br>-against-<br><br>BELFOR USA GROUP, INC., et al.<br>                       Defendants. | DOCKET NUMBER: (AKH) 07CV4507<br><br>NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF BELFOR USA GROUP, INC. |

Defendant, Belfor USA Group, Inc. ("Belfor"), hereby adopts as its Answer in the instant case its Answer and Defenses to Plaintiffs' Master Complaint in this litigation which were filed and served on August 3, 2007. In accordance with Case Management Order No. 4, the allegations of the instant Check-Off Complaint are deemed to be denied. By way of further answer, Belfor also incorporates by reference all averments and denials of its Answer and Defenses to the Master Complaint as though same were more fully set forth herein at length.

Dated: New York, New York
        September 14, 2007

                                              COZEN O'CONNOR

                                        By: _____
                                           James F. Desmond, Jr., Esquire (JD-8941)
                                            45 Broadway Atrium, Suite 1600
                                            New York, New York 10006
                                            (212) 509-9400
                                            Attorneys for Defendant
                                            Belfor USA Group, Inc.

OF COUNSEL:
Thomas R. Harrington
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2706

**CERTIFICATE OF SERVICE**

I, JAMES F. DESMOND, JR., hereby certify that a true and correct copy of Defendant Belfor USA Group, Inc.'s Notice of Adoption of Answer and Defenses to Master Complaint was served this 14 of September, 2007, via ECF upon the following:

| | |
|---|---|
| Gregory J. Cannata, Esquire<br>The Law Firm of Gregory J. Cannata<br>233 Broadway – Floor 5<br>New York, New York  10279 | Robert Grochow, Esquire<br>The Law Firm of Gregory J. Cannata<br>233 Broadway – Floor 5<br>New York, New York  10279 |
| Christopher R. LoPalo, Esquire<br>Worby Groner Edelman & Napoli Bern, LLP<br>115 Broadway – 12th Floor<br>New York, New York  10006 | Richard Williamson, Esquire<br>Fleming Zulack Williamson Zauder, LLP<br>One Liberty Plaza<br>New York, New York 10006 |
| James Tyrell, Esquire<br>Patton Boggs, L.L.P.<br>One Riverfront Plaza, 6th Floor<br>Newark, N.J. 07102 | Andrew Carboy, Esquire<br>Sullivan, Papain, Block,<br>McGrath & Cannavo, P.C.<br>120 Broadway<br>New York, NY 10271 |
| Peter Wies, Esquire<br>The City of New York Law Department<br>World Trade Center Unit<br>100 Church Street<br>New York, NY  10007 | |

_____
James F. Desmond, Jr.

PHILADELPHIA\3346846\1