Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
JEMB REALTY CORP., 150 BROADWAY N.Y. ASSOCIATES L.P., 150 BROADWAY CORP AND BAILEY N.Y. ASSOCIATES and 75 BROAD LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

ROLANDO PELAEZ (AND WIFE, MONICA VILLAMARIN),

        Plaintiff(s),

-against-

40 BROAD, LLP, *et al.*,

        Defendant(s).
------------------------------------------------------------X

Index No.: 07-CV-4507

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

**ELECTRONICALLY FILED**

PLEASE TAKE NOTICE that Defendants, JEMB REALTY CORP., 150 BROADWAY N.Y. ASSOCIATES L.P., 150 BROADWAY CORP., BAILEY N.Y. ASSOCIATES and 75 BROAD LLC, by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendants, JEMB REALTY CORP., 150 BROADWAY N.Y. ASSOCIATES L.P., 150 BROADWAY CORP., BAILEY N.Y. ASSOCIATES and 75 BROAD LLC, by their attorneys, McGIVNEY & KLUGER, P.C., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
September 11, 2007

                              Yours etc.,

                              McGIVNEY & KLUGER, P.C.
                              Attorneys for Defendants
                              JEMB REALTY CORP., 150 BROADWAY N.Y. ASSOCIATES L.P., 150 BROADWAY CORP., BAILEY N.Y. ASSOCIATES and 75 BROAD LLC

                              By: _____
                                 Richard E. Leff (RL-2123)
                                 80 Broad Street, 23rd Floor
                                 New York, New York 10004
                                 (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel