Arnold C. Joseph (ACJ-4862)
COZEN O'CONNOR
1900 Market Street
Philadelphia, Pennsylvania 19103
(215) 665-5506

Attorneys for Defendants American International Realty Corp.,
American International Group, Inc., and AIG Realty, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE:  WORLD TRADE CENTER LOWER                :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION              :
                                                :
-------------------------------------------------------------------X
                                                :    07-CV-04507-AKH
ROLANDO PELAEZ (AND WIFE,                       :
MONICA VILLAMARIN),                             :
                                                :
                    Plaintiffs,                 :
                                                :
    -against-                                   :
                                                :
BELFOR USA GROUP, INC., et al.                  :
                                                :
                    Defendants.                 :
-------------------------------------------------------------------X

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for American International Realty Corp., American International Group, Inc. and AIG Realty, Inc. (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held: AIG and Trans Atlantic Holdings, Inc.

Dated: New York
       September 17, 2007

                              COZEN O'CONNOR

                              /s/ Arnold C. Joseph
                              Arnold C. Joseph, Esquire (AC-4862)
                              COZEN O'CONNOR
                              45 Broadway Atrium, Suite 1600
                              New York, New York 10006
                              (212) 509-9400
                              Attorneys for Defendants
                              American International Realty Corp.,
                              American International Group, Inc.,
                              and AIG Realty, Inc.