Arnold C. Joseph (ACJ-4862)
COZEN O'CONNOR
1900 Market Street
Philadelphia, Pennsylvania 19103
(215) 665-5506

Attorneys for Defendants American International Realty Corp.,
American International Group, Inc., and AIG Realty, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:  WORLD TRADE CENTER LOWER          :     21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION        :
                                          :
------------------------------------------------------------X
                                          :     07-CV-04507-AKH
ROLANDO PELAEZ (AND WIFE,                 :
MONICA VILLAMARIN),                       :
                                          :     NOTICE OF ADOPTION OF
             Plaintiffs,                  :     ANSWER TO MASTER
                                          :     COMPLAINT
    -against-                             :
                                          :     ELECTRONICALLY FILED
BELFOR USA GROUP, INC., et al.            :
                                          :
             Defendants.                  :
------------------------------------------------------------X

PLEASE TAKE NOTICE THAT Defendants, AMERICAN INTERNATIONAL REALTY CORP., AMERICAN INTERNATIONAL GROUP, INC. and AIG REALTY, INC. ("AIRC"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts American Intenational Realty Corp., American International Group, Inc. and AIG Realty, Inc. which was filed in the matter of *In re World Trade Center Lower Manhattan*

*Disaster Site Litigation*, 21 MC 102 (AKH).

Dated: New York
      September 17, 2007

                              COZEN O'CONNOR

                              /s/ Arnold C. Joseph
                              Arnold C. Joseph, Esquire (AC-4862)
                              COZEN O'CONNOR
                              45 Broadway Atrium, Suite 1600
                              New York, New York 10006
                              (212) 509-9400
                              Attorneys for Defendants
                              American International Realty Corp.,
                              American International Group, Inc.,
                              and AIG Realty, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Defendants American International Realty Corp., American International Group, Inc., and AIG Realty, Inc. American International Realty Corp.'s Notice of Adoption of Answer to Master Complaint was served via Regular Mail on the 17th day of September, 2007 upon the following persons:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli
115 Broadway, 12 th Floor
New York, New York 10006

Robert Grochow, Esq.
Robert A Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279

and that the document was electronically mailed via the Internet to the following persons:

James E. Tyrell, Esq.
Patton Bogs LLP
1 Riverfront Plaza, 6th Floor
Newark, New Jersey 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006

/s/ Arnold C. Joseph
Arnold C. Joseph