UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION

-------------------------------------------------------------------------X    07CV4507(AKH)

ROLANDO PELAEZ AND MONICA VILLAMARIN,

Plaintiffs,

-    against –

ANSWER

40 BROAD, LLP, 55 WATER STREET
CONDOMINIUM, 75 BROAD LLC, 90 CHURCH
STREET LIMITED PARTNERSHIP, AIG REALTY,
INC., ALAN KASMAN DBA KASCO,
AMBIENT GROUP, INC., AMERICAN INTERNATIONAL
GROUP, INC., AMERICAN INTERNATIONAL REALTY
CORP., ANN TAYLOR STORES CORPORATION,
BANK OF NEW YORK, BATTERY PARK CITY AUTHORITY,
BELFOR USA GROUP, INC., BFP ONE LIBERTY PLAZA CO., LLC
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. D/B/A BMS CAT, BOSTON PROPERTIES, INC.,
BROOKFIELD FININCIAL PROPERTIES, INC.,
BROOKFIELD FININCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., CAPITAL PROPERTIES, INC,
CB RICHARD ELLIS, CITIGROUP CORPORATE REALTY
SERVICES, DEUTSCHE BANK
ENVIROTECH CLEAN AIR, INC., GENERAL RE SERVICES CORP.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., JACK RESNICK & SONS INC, JEMB
REALTY CORP., JONES LANG LASALLE,
KASCO RESTORATION SERVICES CO., LIGHTHOUSE
REAL ESTATE LLC, MERRILL LYNCH & CO, INC.,
NATIONAL ASSOCIATION OF SECURITIES DEALERS,
INC., NEW LIBERTY PLAZA LP, NEW WATER STREET
CORP., NEW YORK CITY ECONOMIC DEVELOPMENT
CORPORATION, NEW YORK CITY INDUSTRIAL
DEVELOPMENT AGENCY, NEW YORK CITY
INDUSTRIAL DEVELOPMENT CORPORATION, NOMURA
HOLDING AMERIICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., ONE LIBERTY PLAZA,
RESNICK WATER STREET DEVEPLOMENT CO, RICHARD

WINNER, STATE STREET BANK & TRUST ETC,
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., THE BOARD OF
MANAGERS OF THE ONE LIBERTY PLAZA CONDOMINIUM
(CONDO #1178), THE ONE LIBERTY PLAZA CONDOMINIUM,
(CONDO #1178), TOSCORP INC., TRINITY CENTRE, LLC,
TUCKER ANTHONY, INC., US GOVERNMENT, VERIZON
COMMUNICATIONS, INC., VERIZON NEW YORK, INC,
WALL STREET LLC, WESTON SOLUTIONS, INC., WFP
ONE LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY PLAZA,
CO. G.P, CORP., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP.,
WFP TOWER A. CO., L.P., WFP TOWER B. CO. G.P
CORP., WFP TOWER B HOLDIN G CO., LP, WFP T, ET AL.

Defendants.

------------------------------------------------------------------------------- X

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc.
("Envirotech"), as and for their responses to the allegations set forth in the Complaint by
Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-
referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated
August 3, 2007, which was filed in the matter of *In re World Trade Center Lower
Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the
above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
      September 14, 2007

               Yours, etc.

               FRIEDMAN, HARFENIST, LANGER & KRAUT
               Attorneys for Defendant –Envirotech
               3000 Marcus Avenue, Suite 2E1
               Lake Success, New York 11042
               (516) 775-5800
               BY:_____
                      Heather L. Smar (4622)