Gail L. Ritzert, Esq. (GR6120)
HAVKINS ROSENFELD RITZERT & VARRIALE, LLP
114 Old Country Road, Suite 300
Mineola, New York 11501
(516) 620-1700

Attorneys for Defendants Trinity Centre LLC and Capital Properties NY LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER                 MASTER CASE NO.
MANHATTAN DISASTER SITE LITIGATION              21 MC 102 (AKH)
-----------------------------------------------------------------X
ROLANDO PELAEZ (AND WIFE, MONICA VILLAMARIN),   DOCKET NO.
                                                 07-CV-4507
                       Plaintiffs,
                                                 NOTICE OF THE TRINITY
            -against-                            CENTRE LLC AND CAPITAL
                                                 PROPERTIES NY LLC
40 BROAD, LLP, et al.,                           ADOPTION OF ANSWER TO
                                                 MASTER COMPLAINT

                       Defendants.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that defendants TRINITY CENTRE LLC and CAPITAL PROPERTIES NY LLC i/s/h/a CAPITAL PROPERTIES, INC. (hereinafter referred to as "TRINITY CENTRE and CAPITAL PROPERTIES"), as and for their response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the TRINITY CENTRE and CAPITAL PROPERTIES Answer to Master Complaint, dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

**PLEASE TAKE FURTHER NOTICE,** TRINITY CENTRE and CAPITAL PROPERTIES, reserve the right to file any Amended Answer and the right to interpose Cross-Claims against any and all defendants and third-party defendants.

**WHEREFORE,** TRINITY CENTRE and CAPITAL PROPERTIES demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: Mineola, New York
September 17, 2007

                                                           **HAVKINS ROSENFELD RITZERT & VARRIALE, LLP**

                                                           By: _____
                                                                Gail L. Ritzert, Esq. (GR6120)
Attorneys for Defendants
TRINITY CENTRE LLC and CAPITAL PROPERTIES NY LLC i/s/h/a CAPITAL PROPERTIES, INC.
114 Old Country Road, Suite 300
Mineola, New York 11501
(516) 620-1710
File No. 03138-0390

{ 01151609.DOC /}