UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

------------------------------------------------------------X

| | |
|---|---|
| ROLANDO PELAEZ (AND WIFE, MONICA VILLAMARIN), | 07-CV-4507-AKH |
| Plaintiff, | **APPEARANCE** |
| - against - | |
| 40 BROAD, LLP, *et al.*, | **ELECTRONICALLY FILED** |
| Defendants. | |

------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York			DICKSTEIN SHAPIRO LLP
	October 3, 2007
					By:	___/s/ Judith R. Cohen___
						Judith R. Cohen (JC-8614)
						1177 Avenue of the Americas
						New York, New York 10036
						Phone: (212) 277-6500
						Fax: (212) 277-6501
						*Attorney for Defendant*
						MERRILL LYNCH & CO., INC.


DOCSNY-271541v01