William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION         21 MC 102 (AKH)

―――――――――――――――――――X

ROLANDO PELAEZ (AND WIFE, MONICA
VILLA MARIN)

                                                 **NOTICE OF THE**
                                                 **BROOKFIELD**
              V.                      **PARTIES' ADOPTION OF**
                                                 **AMENDED ANSWER**
                                                 **TO MASTER**
                                                 **COMPLAINT**

40 BROAD, LLP, ET. AL.,
                                               CASE NUMBER: (AKH)
                                               07 CV 4507
―――――――――――――――――――X

     PLEASE TAKE NOTICE THAT Defendants Brookfield Properties OLP Co. LLC f/k/a BFP One Liberty Plaza Co. LLC, Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., Brookfield Properties One WFC Co. LLC f/k/a WFP Tower A Co. L.P., Brookfield Properties One WFC G.P. Corp. f/k/a WFP Tower A Co. GP Corp., WFP Tower B Co. L.P., WFP Tower B Co. GP Corp., WFP Tower D Co. L.P. and WFP Tower D Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
       October 22 2007

>                    Faust, Goetz, Schenker & Blee, LLP
>
>                    _____
>                    By: William J. Smith (WJS-9137)
>                    Attorneys for the Brookfield Parties
>                    Two Rector Street, 20th Floor
>                    New York, NY 10006
>                    (212) 363-6900